No. 81–5010.  LEWIS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 81–5011.  DAVIS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 81–5012.  ALI *v.* NATIONAL BANK OF PAKISTAN. C. A. 2d Cir.  Certiorari denied.

No. 81–5015.  HAYES *v.* COFFEY.  C. A. 2d Cir.  Certiorari denied.

No. 81–5016.  BRUTON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 81–5018.  NUGENT ET UX. *v.* WISE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–5020.  KRAWCZYK *v.* STUBBINS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–5022.  POPE ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 81–5024.  SPECTOR *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 81–5025.  VICARETTI *v.* HENDERSON, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–5027.  MILLER *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 81–5031.  GROFF *v.* TOWNSHIP OF ELIZABETH, LANCASTER COUNTY, PENNSYLVANIA.  Pa. Commw. Ct.  Certiorari denied.